In the Matter of JAMES F. LAMBRECHT et al., Infants, by CATHERINE FITZSIMMONS, Their Guardian ad Litem, Respondents, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York and Chairman of the Board of Trustees of the Police Pension Fund, et al., Appellants.

Argued June 2, 1953; decided July 14, 1953.

*Denis M. Hurley, Corporation Counsel (Henry J. Shields* and *Seymour B. Quel* of counsel), for appellants.

*Peter Schneider* and *Herbert Kaufman* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.